IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CLINTON STRANGE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GATEWAY VOIP PROVIDER, ET AL.,<br><br>    *Defendants*. | § § § § § § § § § § § § | CASE NO. 2:23-CV-00622-JRG-RSP |

## REPORT AND RECOMMENDATION

The Court's previously ordered Plaintiff to show good cause for why this action should not be dismissed pursuant to Rule of Civil Procedure 4(m) by June 18, 2024. (Dkt. No. 3.) The record contains proof that Plaintiff received the Order, yet Plaintiff has taken no action in this case since the Court's prior Order. Accordingly,

IT IS RECOMMENDED that this case be dismissed without prejudice for failure to prosecute pursuant to Rule 4(m).

A party's failure to file written objections to the findings, conclusions, and recommendations contained in this report within 14 days bars that party from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings and legal conclusions accepted and adopted by the district court. Fed. R. Civ. P. 72(b)(2); *see Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

**SIGNED this 8th day of July, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE