IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CLINTON STRANGE, | § § § | |
| Plaintiff, | § § | Case No. 2:23-CV-00622-JRG-RSP |
| v. | § § | |
| GATEWAY VOIP PROVIDER, et al., | § § § | |
| Defendants. | § § | |

**ORDER**

The Court previously ordered Plaintiff to show good cause for why this action should not be dismissed pursuant to Rule of Civil Procedure 4(m) by June 18, 2024. (Dkt. No. 3.) The record contains proof that Plaintiff received the Order, yet Plaintiff has taken no action in this case since the Court's prior Order. Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 7), recommending dismissal of the above captioned case. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**.

Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 24th day of July, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE